**The People of the State of Illinois, defendant in error, v. John Cannon, plaintiff in error. Gen. No. 33,717.**

O'Connor, J., dissents. Opinion filed January 6, 1930.

Jay J. McCarthy and John B. Fruchtl, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Edward E. Wilson and John Holman, Assistant State's Attorneys, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

**Taylor Washing Machine Company, appellee, v. John Schaschl, appellant. Gen. No. 33,724.**

Opinion filed January 6, 1930.

Bernstein & Gordon, for appellants; Maxfield Weisbrod, of counsel. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

**James A. Carter, appellee, v. Will Howell & Associates, appellant. Gen. No. 33,755.**

Opinion filed January 6, 1930.

Allen E. Hoban, for appellant. William L. Kelley, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

**Theron P. Cooper, plaintiff in error, v. John A. Anderson, defendant in error. Gen. No. 33,407.**

Opinion filed January 6, 1930.

Hall, Spitz & Rooks, for plaintiff in error; Irvin Rooks and Edward Blackman, of counsel. Alden, Latham & Young, for defendant in error; Charles Martin, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.